IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONNA JEAN DUGGINS, )
 )
        Petitioner, )
 )
        v. )   1:06CV1054
 )
THEODIS BECK, Secretary of the )
Department of Correction, )
 )
        Respondent. )

## J U D G M E N T

**Eliason, Magistrate Judge**

For the reasons set out in a Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Respondent's motion to dismiss (docket no. 5) be granted, that the habeas petition (docket no. 2) be denied, and that Judgment be entered dismissing this action.

                                        _/s/ Russell A. Eliason_
                                       **United States Magistrate Judge**

August 1, 2007